SHELA LOUISE MCLAURIN
80 GRAY MAGEE LN
COLLINS, MS 39428

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

OAK GROVE CREDIT
5266 OLD HWY 11
STE 130
HATTIESBURG, MS 39402

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

KIKOFF
P.O. BOX 40070
RENO, NV 89504

PINEBELT CREDIT
127 N 15TH AVE
LAUREL, MS 39440

AMERICAN CREDIT
ATTN: BANKRUPTCY
961 E MAIN ST, FL 2
SPARTANBURG,, SC 29302

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE, SC 29602

SOCIAL BLOCK APARTMENT
110 LINCOLN GREEN
STARKVILLE, MS 39759

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

MARCELL BAGGETT
831 RICE RD. APT. 362
RIDGELAND, MS 39157

SPEEDY CASH
3611 N. RIDGE RD.
WICHITA, KS 67205

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113

MCNEIL & MEYERS RECEIV
3525 N CAUSEWAY BLVD
STE 833
METAIRIE, LA 70002

TCM, INC
ATTN: BANKRUPTCY
PO BOX 1945
CORINTH, MS 38835

DIVERSIFIED ADJUSTMENT
ATTN: BANKRUPCTY
PO BOX 32145
FRIDLEY, MN 55432

ML ENTERPRISE
245 W 17TH ST
NEW YORK, NY 10011

UNITED CREDIT
1586 SIMPSON HWY 49
MAGEE, MS 39111

DRIVEWAY FINANCE CORP
ATTN: BANKRUPTCY
150 N. BARTLETT ST.
MEDFORD, OR 97501

MOHELA
633 SPIRIT DRIVE
CHESTERFIELD, MO 63005

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

FERGUS FCU
1026 E BROAD ST
MONTICELLO, MS 39654

MONEYLION, INC
ATTN:  BANKRUPTCY DEPT
P.O. BOX 1547
SANDY, UT 84091

WELLS FARGO
800 WALNUT
DES MOINES, IA 50309

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-734

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808

WORLD FINANCE
104 S MAIN STE 400
GREENVILLE, SC 29601