## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

**Shela Louise Mclaurin,**                                                                    **CHAPTER 7**
           **Debtor**                                                      **CASE NO.: 26-50775-KMS**

### <u>CORPORATE OWNERSHIP STATEMENT</u>

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local

Rules, American Credit Acceptance, LLC, a party to a contested matter Miss. Bankr. L.R.

9014(c) makes the following disclosures:  American Credit Acceptance, LLC does not have any

entity owning 10% or more of its equity interests.

Respectfully submitted,

**BENNETT LOTTERHOS SULSER**
**& WILSON, P.A.**

<u>/s/ Charles Frank Fair Barbour</u>

**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi  39130
Telephone:     (601) 944-0466
Facsimile:      (601) 944-0467
cbarbour@blswlaw.com