# United States Bankruptcy Court
## Southern District of Mississippi

In re   **Shela Louise McLaurin**
                                            Debtor(s)

Case No.   **26-50775**
Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **June 6, 2026**

/s/ **Shela Louise McLaurin**
**Shela Louise McLaurin**
Signature of Debtor

SHELA LOUISE MCLAURIN
80 GRAY MAGEE LN
COLLINS, MS 39428

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

KIKOFF
P.O. BOX 40070
RENO, NV 89504

OAK GROVE CREDIT
5266 OLD HWY 11
STE 130
HATTIESBURG, MS 39402

AMERICAN CREDIT
ATTN: BANKRUPTCY
961 E MAIN ST, FL 2
SPARTANBURG,, SC 29302

LEND NATION***
101 1ST ST. SE
MAGEE, MS 39111

PINEBELT CREDIT
127 N 15TH AVE
LAUREL, MS 39440

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE, SC 29602

SNAP FINANCE***
PO BOX 26561
SALT LAKE CITY, UT 84126

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113

MARCELL BAGGETT
831 RICE RD. APT. 362
RIDGELAND, MS 39157

SOCIAL BLOCK APARTMENT
110 LINCOLN GREEN
STARKVILLE, MS 39759

DIVERSIFIED ADJUSTMENT
ATTN: BANKRUPCTY
PO BOX 32145
FRIDLEY, MN 55432

MCNEIL & MEYERS RECEIV
3525 N CAUSEWAY BLVD
STE 833
METAIRIE, LA 70002

SPEEDY CASH
3611 N. RIDGE RD.
WICHITA, KS 67205

DRIVEWAY FINANCE CORP
ATTN: BANKRUPTCY
150 N. BARTLETT ST.
MEDFORD, OR 97501

ML ENTERPRISE
245 W 17TH ST
NEW YORK, NY 10011

TCM, INC
ATTN: BANKRUPTCY
PO BOX 1945
CORINTH, MS 38835

FERGUS FCU
1026 E BROAD ST
MONTICELLO, MS 39654

MOHELA
633 SPIRIT DRIVE
CHESTERFIELD, MO 63005

UNITED CREDIT
1586 SIMPSON HWY 49
MAGEE, MS 39111

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-734

MONEYLION, INC
ATTN:  BANKRUPTCY DEPT
P.O. BOX 1547
SANDY, UT 84091

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

```
WELLS FARGO
800 WALNUT
DES MOINES, IA 50309

WORLD FINANCE
104 S MAIN STE 400
GREENVILLE, SC 29601
```