**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:  Sheila Louise McLaurin, Debtor                    CASE NO. 26-50775-KMS
                                                                          CHAPTER 7


TO:     TRUSTEE:   Derek A. Henderson
        U. S. TRUSTEE: USTPRegion05.JA.ECF@usdoj.gov

        **ALL CREDITORS**
        A copy of the Court's mailing matrix is attached


**NOTICE OF AMENDMENT TO**
**SCHEDULE C - PROPERTY CLAIMED AS EXEMPT**

        **YOU ARE HEREBY NOTIFIED** the above named debtor(s) has filed with the
Bankruptcy Court an Amended Schedule C - Property Claimed as Exempt (see copy of
Amended Schedule C attached).

        **YOU ARE FURTHER NOTIFIED** that any objection or other response to the
list of property claimed as exempt must be filed with the Clerk of the Court for the
United States Bankruptcy Court; a copy thereof served to the United States Trustee, Case
Trustee, and Counsel for the Debtor(s), within 30 days after the conclusion of the meeting
of creditors or within 30 days after the filing of this notice of amendment, whichever is
later.

Date: June 25, 2026                          /s/ Thomas C. Rollins, Jr.
                                             *Thomas C. Rollins, Jr., Attorney for Debtor*


CERTIFICATE OF SERVICE


        On June 25, 2026, a copy of this notice and amended schedule was served on each
of the persons listed on the above list either by United States Mail or via electronic
service through the Court's CM/ECF system at the mailing addresses and/or email
addresses indicated.

                                             /s/ Thomas C. Rollins, Jr.
                                             *Thomas C. Rollins, Jr., Attorney for Debtor*


Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer Ann Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Shela Louise McLaurin** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF MISSISSIPPI |
| Case number (if known) | **26-50775** |

■ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    **4/25**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2022 Infiniti QX55 71000 miles**<br>Line from *Schedule A/B*: **3.1** | $21,082.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| **2017 Acura TLX 200000 miles**<br>Line from *Schedule A/B*: **3.2** | $9,108.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| **\*\*\*2016 Toyota Camry 225000 miles**<br>Line from *Schedule A/B*: **3.3** | $3,645.00 | ■ $2,845.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| **Household Goods**<br>Line from *Schedule A/B*: **6.1** | $750.00 | ■ $750.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| **Electronics**<br>Line from *Schedule A/B*: **7.1** | $250.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |

Debtor 1   **Shela Louise McLaurin**                                   Case number (if known)   **26-50775**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Clothing**<br>Line from *Schedule A/B*: **11.1** | $300.00 | ■ | $300.00 | **Miss. Code Ann. § 85-3-1(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Jewelry**<br>Line from *Schedule A/B*: **12.1** | $200.00 | ■ | $200.00 | **Miss. Code Ann. § 85-3-1(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $10.00 | ■ | $10.00 | **Miss. Code Ann. § 85-3-1(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **401(k)**<br>Line from *Schedule A/B*: **21.1** | $480.00 | ☐ | | **Miss. Code Ann. § 85-3-1(e)** |
| | | ■ | 100% of fair market value, up to any applicable statutory limit | |
| **Federal Tax Refund**<br>Line from *Schedule A/B*: **28.1** | $5,000.00 | ■ | $5,000.00 | **Miss. Code Ann. § 85-3-1(j)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **State Tax Refund**<br>Line from *Schedule A/B*: **28.2** | $5,000.00 | ■ | $5,000.00 | **Miss. Code Ann. § 85-3-1(k)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **EIC**<br>Line from *Schedule A/B*: **28.3** | $5,000.00 | ■ | $5,000.00 | **Miss. Code Ann. § 85-3-1(i)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $214,000?**
(Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

SHEILA LOUISE MCLAURIN

CASE NO: 26-50775

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 7

On 6/25/2026, I did cause a copy of the following documents, described below,

Notice of Amendments of Schedule C

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/25/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

SHEILA LOUISE MCLAURIN

CASE NO: 26-50775

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 7

On 6/25/2026, a copy of the following documents, described below,

Notice of Amendments of Schedule C

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/25/2026

*Victoria Blake*

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 26-50775
SOUTHERN DISTRICT OF MISSISSIPPI
THU JUN 25 9-5-19 PST 2026

~~EXCLUDE~~

~~(U)AMERICAN CREDIT ACCEPTANCE  LLC~~

~~EXCLUDE~~

~~US BANKRUPTCY COURT~~
~~DAN M RUSSELL  JR US COURTHOUSE~~
~~2012 15TH STREET  SUITE 244~~
~~GULFPORT  MS 39501-2036~~

AMERICAN CREDIT
ATTN BANKRUPTCY
961 E MAIN ST  FL 2
SPARTANBURG   SC 29302-2185

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS  NV 89113-2273

DIVERSIFIED ADJUSTMENT
ATTN BANKRUPCTY
PO BOX 32145
FRIDLEY  MN 55432-0145

DRIVEWAY FINANCE CORP
ATTN BANKRUPTCY
150 N BARTLETT ST
MEDFORD  OR 97501-6015

FERGUS FCU
1026 E BROAD ST
MONTICELLO  MS 39654-7702

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA  PA 19101-7346

INTERNAL REVENUE SERVI
CO US ATTORNEY
501 EAST COURT ST
STE 4430
JACKSON  MS 39201-5025

KIKOFF
PO BOX 40070
RENO  NV 89504-4070

LEND NATION
101 1ST ST SE
MAGEE  MS 39111

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE  SC 29602-1269

ML ENTERPRISE
245 W 17TH ST
NEW YORK  NY 10011-5372

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON  MS 39225-2808

MARCELL BAGGETT
831 RICE RD APT 362
RIDGELAND  MS 39157-3026

MCNEIL  MEYERS RECEIV
3525 N CAUSEWAY BLVD
STE 833
METAIRIE  LA 70002-3655

(P)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

MONEYLION  INC
ATTN  BANKRUPTCY DEPT
PO BOX 1547
SANDY  UT 84091-1547

(P)OAK GROVE CREDIT
ATTN OAK GROVE CREDIT
5266 OLD HWY 11 STE 130
HATTIESBURG MS 39402-7820

PINEBELT CREDIT
127 N 15TH AVE
LAUREL  MS 39440-4119

(P)SNAP FINANCE
PO BOX 26561
SALT LAKE CITY UT 84126-0561

SOCIAL BLOCK APARTMENT
110 LINCOLN GREEN
STARKVILLE  MS 39759-3844

SPEEDY CASH
3611 N RIDGE RD
WICHITA  KS 67205-1214

TCM  INC
ATTN BANKRUPTCY
PO BOX 1945
CORINTH  MS 38835-1945

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON  DC 20530-0001

EXCLUDE

UNITED CREDIT
1586 SIMPSON HWY 49
MAGEE  MS 39111-4401

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

WELLS FARGO
800 WALNUT
DES MOINES  IA 50309-3891


EXCLUDE

DEBTOR

WORLD FINANCE
104 S MAIN STE 400
GREENVILLE  SC 29601-2711

DEREK A HENDERSON T1
1765A LELIA DRIVE
SUITE 103
JACKSON  MS 39216-4820

SHELA LOUISE MCLAURIN
80 GRAY MAGEE LN
COLLINS  MS 39428-6126


EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767