**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

      **SHELA LOUISE MCLAURIN,**                 **CASE NO. 26-50775-KMS**


      **DEBTOR.**                            **CHAPTER 7**

**To:**    **THOMAS ROLLINS, JR., ESQ.**

**<u>Notice of Deficiency</u>**

The Amendment to Schedules D ("Amended Schedules") (Dkt. #21) filed on behalf of Shela Louise McLaurin (the "Debtor(s)") on June 25, 2026 requires the following actions:

- Give notice of the amendment to the affected creditor(s), case trustee, and U.S. Trustee.
  - ☒Schedules A/B, D, and/or E/F
    - Chapter 7 - *See* Local Form MSSB-A7-1
    - Chapter 13 -*See* Local Form MSSB-A13-1

    ☐Schedule C - *See* Local Form MSSB-ASCH-C
    ☐Schedule G – *See* Local Form MSSB-ASCH-G
    ☐Schedule H - *See* Local Form MSSB-ASCH-H

- Serve and file the notice and certificate of service ("Notice of Amendment").

**Notice is hereby given** that the Debtor(s) must give proper notice and file the Notice of Amendment **on or before July 10, 2026**.  Failure to comply with this notice may result in a Show Cause Hearing or an order striking the Amended Schedules without further notice.

Date:  June 26, 2026                        Danny L. Miller
                                       *Clerk of Court*

                                       By:  <u>/s/Josette Dutil</u>
                                          Dan M. Russell, Jr. U. S. Courthouse
                                          2012 15th Street, Suite 244
                                          Gulfport, MS 39501
                                          228-563-1790