United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                          Case No. 26-50775-KMS

Shela Louise McLaurin                                                          Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jun 26, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2026:**

**Recip ID          Recipient Name and Address**
db          + Shela Louise McLaurin, 80 Gray Magee Ln, Collins, MS 39428-6126

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2026        Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles F. F. Barbour | on behalf of Creditor American Credit Acceptance  LLC cbarbour@blswlaw.com |
| Derek A Henderson T1 | trustee@derekhendersonlaw.com  dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Shela Louise McLaurin trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

     SHELA LOUISE MCLAURIN,                       CASE NO. 26-50775-KMS


     DEBTOR.                                    CHAPTER 7

To:    THOMAS ROLLINS, JR., ESQ.

<u>**Notice of Deficiency**</u>

The Amendment to Schedules D ("Amended Schedules") (Dkt. #21) filed on behalf of Shela Louise McLaurin (the "Debtor(s)") on June 25, 2026 requires the following actions:

- Give notice of the amendment to the affected creditor(s), case trustee, and U.S. Trustee.
  - ☒Schedules A/B, D, and/or E/F
    - Chapter 7 - *See* Local Form MSSB-A7-1
    - Chapter 13 -*See* Local Form MSSB-A13-1

    ☐Schedule C - *See* Local Form MSSB-ASCH-C
    ☐Schedule G – *See* Local Form MSSB-ASCH-G
    ☐Schedule H - *See* Local Form MSSB-ASCH-H

- Serve and file the notice and certificate of service ("Notice of Amendment").

**Notice is hereby given** that the Debtor(s) must give proper notice and file the Notice of Amendment **on or before July 10, 2026**.  Failure to comply with this notice may result in a Show Cause Hearing or an order striking the Amended Schedules without further notice.

Date:  June 26, 2026                      Danny L. Miller
                                        *Clerk of Court*

                                    By:  <u>/s/Josette Dutil</u>
                                        Dan M. Russell, Jr. U. S. Courthouse
                                        2012 15th Street, Suite 244
                                        Gulfport, MS 39501
                                        228-563-1790