# Proceeding Minutes / Proceeding Memo

**Case #:** 26-50775          **Case Name:** Shela Louise McLaurin

**Set:** 08/13/2026 09:30 am   **Chapter:** 7   **Type:** bk   **Judge** Katharine M. Samson

**matter**   Motion for Relief from Stay as to 2017 ACURA. ., Motion to Compel Abandonment .  Filed by Creditor American Credit Acceptance, LLC (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order)  (Dkt. #14)

Response filed by the Debtor (Dkt. #27)

---

Minute Entry Re: (related document(s): [14] Motion for Relief From Stay filed by American Credit Acceptance, LLC) Barbour to submit an Agreed Order. Order due by 08/27/2026. Called in by Barbour.(mcc)