**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 17, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**
**Shela Louise Mclaurin,**
**Debtor**

**CHAPTER 7**
**CASE NO.: 26-50775-KMS**

**AGREED ORDER WITHDRAWING MOTION FOR RELIEF [Dkt. #14]**

**CAME BEFORE THIS COURT** on motion, *ore tenus*, of American Credit Acceptance, LLC to withdraw its Motion for relief [Dkt. #14], and the Court, based upon the agreement of the parties, does hereby find that it has jurisdiction over the parties and the subject matter herein and that the Motion for relief [Dkt. #14] should be withdrawn.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Motion for relief [Dkt. #14] shall be, and hereby is, withdrawn.

**##END OF ORDER##**

Agreed and Approved by:

/s/ Charles Frank Fair Barbour
Charles Frank Fair Barbour
Attorney for Movant

/s/ Thomas Carl Rollins, Jr. (w/permission CB)
Thomas Carl Rollins, Jr.
Attorney for Debtor

/s/ Derek A. Henderson (w/permission CB)
Derek A. Henderson
Bankruptcy Trustee

Submitted by:
**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi 39130
Telephone: (601) 944-0466
Facsimile: (601) 944-0467
cbarbour@blswlaw.com