United States Bankruptcy Court
Southern District of Mississippi

In re: Shela Louise McLaurin
Debtor

Case No. 26-50775-KMS
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0538-6 | User: admin | Page 1 of 3
Date Rcvd: Sep 02, 2026 | Form ID: 318 | Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shela Louise McLaurin, 80 Gray Magee Ln, Collins, MS 39428-6126 |
| cr | + | OAK GROVE CREDIT LLC, OAK GROVE CREDIT LLC, 5266 OLD HIGHWAY 11 STE 130, HATTIESBURG, MS 39402, UNITED STATES 39402-7820 |
| 5670196 | + | ML Enterprise, 245 W 17th St, New York, NY 10011-5372 |
| 5670194 | + | Marcell Baggett, 831 Rice Rd. Apt. 362, Ridgeland, MS 39157-3026 |
| 5670201 | + | Pinebelt Credit, 127 N 15th Ave, Laurel, MS 39440-4119 |
| 5670202 | + | Social Block Apartment, 110 Lincoln Green, Starkville, MS 39759-3844 |
| 5670205 | + | United Credit, 1586 Simpson Hwy 49, Magee, MS 39111-4401 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QDAHENDERSON.COM | Sep 02 2026 23:53:00 | Derek A Henderson T1, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| 5670184 | + | Email/Text: bankruptcy@acacceptance.com | Sep 02 2026 19:55:00 | American Credit, Attn: Bankruptcy, 961 E Main St, Fl 2, Spartanburg,, SC 29302-2185 |
| 5670185 | + | EDI: CAPITALONE.COM | Sep 02 2026 23:53:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5670186 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 02 2026 20:01:47 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5670187 | ^ | MEBN | Sep 02 2026 19:53:17 | Diversified Adjustment, Attn: Bankrupcty, Po Box 32145, Fridley, MN 55432-0145 |
| 5670188 | + | Email/Text: documents@socascades.com | Sep 02 2026 19:55:00 | Driveway Finance Corp, Attn: Bankruptcy, 150 N. Bartlett St., Medford, OR 97501-6015 |
| 5670189 | + | Email/Text: collections@fergusonfcu.org | Sep 02 2026 19:55:00 | Fergus Fcu, 1026 E Broad St, Monticello, MS 39654-7702 |
| 5670191 | + | Email/Text: ebone.woods@usdoj.gov | Sep 02 2026 19:55:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5670190 | | EDI: IRS.COM | Sep 02 2026 23:53:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5670192 | + | Email/Text: bankruptcy@kikoff.com | Sep 02 2026 19:55:00 | Kikoff, P.O. Box 40070, Reno, NV 89504-4070 |
| 5689169 | | Email/Text: bankruptcy@qcholdings.com | Sep 02 2026 19:55:00 | LEND NATION, 101 1ST ST. SE, MAGEE, MS 39111 |
| 5670193 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 02 2026 20:01:47 | LVNV Funding LLC, Po Box 1269, Greenville, SC 29602-1269 |

| | | | | |
|---|---|---|---|---|
| 5670197 | | Email/Text: EBN@Mohela.com | Sep 02 2026 19:55:00 | Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5670199 | | EDI: MSDOR | Sep 02 2026 23:53:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5670198 | + | Email/Text: bankruptcy@moneylion.com | Sep 02 2026 19:55:00 | MoneyLion, Inc, Attn: Bankruptcy Dept, P.O. Box 1547, Sandy, UT 84091-1547 |
| 5670200 | | Email/Text: caseyof2@yahoo.com | Sep 02 2026 19:55:00 | Oak Grove Credit, 5266 Old Hwy 11, Ste 130, Hattiesburg, MS 39402 |
| 5689168 | | Email/Text: bankruptcy@snapfinance.com | Sep 02 2026 19:55:00 | SNAP FINANCE, PO BOX 26561, SALT LAKE CITY,UT 84126 |
| 5670203 | + | Email/Text: bkinfo@ccfi.com | Sep 02 2026 19:55:00 | Speedy Cash, 3611 N. Ridge Rd., Wichita, KS 67205-1214 |
| 5670204 | + | Email/Text: accounts@tcmcollects.com | Sep 02 2026 19:55:00 | TCM, Inc, Attn: Bankruptcy, Po Box 1945, Corinth, MS 38835-1945 |
| 5670206 | ^ | MEBN | Sep 02 2026 19:53:25 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5670207 | + | EDI: WFAUTO | Sep 02 2026 23:53:00 | Wells Fargo, 800 Walnut, Des Moines, IA 50309-3891 |
| 5670208 | + | Email/Text: bk@worldacceptance.com | Sep 02 2026 19:55:00 | World Finance, 104 S Main Ste 400, Greenville, SC 29601-2711 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | American Credit Acceptance, LLC |
| 5670195 | ##+ | Mcneil & Meyers Receiv, 3525 N Causeway Blvd, Ste 833, Metairie, LA 70002-3655 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles F. F. Barbour | on behalf of Creditor American Credit Acceptance LLC cbarbour@blswlaw.com |
| Derek A Henderson T1 | |

| | |
|---|---|
| | trustee@derekhendersonlaw.com dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Shela Louise McLaurin trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

***Information to identify the case:***

| | | | |
|---|---|---|---|
| Debtor 1 | **Shela Louise McLaurin**<br>First Name Middle Name Last Name | Social Security number or ITIN | **xxx–xx–7143** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number: **26–50775–KMS**

## Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Shela Louise McLaurin**

Dated: 9/2/26

**By the court:** /s/Katharine M. Samson
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**